IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:25-cr-60035

LARON WILSON DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 45. Judge Singleton recommended that Defendant's Motion to Suppress (ECF No. 35) be denied. Judge Singleton reasoned that Defendant was subject to suspicion-less searches as a condition of his parole—which automatically renders the challenged search reasonable. R&R at 8–9. Alternatively, Judge Singleton determined that probable cause existed to conduct the challenged search. R&R at 9–10. Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 45) in its entirety. Accordingly, Defendant's Motion to Suppress (ECF No. 35) is hereby **DENIED**. Defendant's Supplemental Motion to Suppress (ECF No. 44) is also **DENIED**.[1]

**IT IS SO ORDERED**, this 18th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge

[1] Though the Supplemental Motion (ECF No. 44) reads as if it is intended to merely be a supplement to the initial motion (ECF No. 45) rather than an independent motion, the Court denies it for the sake of clarity.